UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD GOMEZ,

        Plaintiff,                No. 2:17-cv-1247 JAM KJN P

vs.

CDCR, et al.,

        Defendants.          **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Edward Gomez, inmate AL-4706, a necessary and material witness in proceedings in this case on March 11, 2019, is confined in California Health Care Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by video-conferencing at California Health Care Facility, March 11, 2019, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a copy of this order by email on the Litigation Coordinator at California Health Care Facility at erin.takehara@cdcr.ca.gov; and

4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Valerie Callen, Courtroom Deputy, at (916) 930-4199.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California Health Care Facility, P.O. Box 32050, Stockton, California, 95213:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 31, 2019

gome1247.vc.kjn(2)

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE