Thomas A. Cregger, SBN 124402
CREGGER LAW FIRM LLP
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: (916) 426-1889
Fax: (916) 443-2124
Email: tac@creggerlaw.com

Attorney for Defendant R. DIAZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CDCR, et al.<br><br>　　　　　Defendant. | No. 2:17-cv-1247 JAM KJN P<br><br>[~~PROPOSED~~] **ORDER** REGARDING REQUEST FOR REPRESENTATIVE OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION TO APPEAR TELEPHONICALLY AT THE MARCH 11, 2019 SETTLEMENT CONFERENCE |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Court hereby GRANTS Defendant R. Diaz's Request (ECF No. 40) for a Representative of the California Department of Corrections and Rehabilitation to Appear Telephonically at the March 11, 2019 Settlement Conference that will be convened before the undersigned.

IT IS SO ORDERED.

DATED: March 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1