UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD GOMEZ, Plaintiff,
    vs.
ACHARYA, et al., Defendants.

Nos.   2:17-cv-2407 MCE CKD P
        2:17-cv-1247 JAM KJN P

EDWARD GOMEZ, Plaintiff,
    vs.
CDCR, et al., Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Edward Gomez, inmate AL-4706, a necessary and material participant in proceedings in these cases on May 23, 2019, is confined in California Health Care Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Claire, to appear by video-conferencing at California Health Care Facility, May 23, 2019, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video-conferencing in proceedings before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Health Care Facility, (209) 467-2676; and

    4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Valerie Callen, Courtroom Deputy, at (916) 930-4199.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California Health Care Facility**, P.O. Box 32050, Stockton, CA 95213**:**

    **WE COMMAND** you to produce the inmate named above to participate in proceedings before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:Gome2407.1247.841.vc