# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| EDWARD GOMEZ, | No. 2: 17-cv-1247 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

On December 7, 2018, this action was referred to the Post-Screening ADR Project and stayed for 120 days. On May 23, 2019, a settlement conference was held in this action. This case did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is lifted;

2. Defendant Diaz shall file a response to the amended complaint within thirty day of the date of this order.

Dated: June 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gom1247.ord

1