UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>               Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>               Defendants. | No. 2: 17-cv-1247 JAM KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2019, plaintiff filed a motion for leave to file a third amended complaint and a proposed third amended complaint. (ECF No. 57, 58.)

      Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant shall file either an opposition or statement of non-opposition to plaintiff's motion to amend.

Dated: September 25, 2019

                                                     */s/ Kendall J. Newman*
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

Gom1247.am