UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD GOMEZ,

    Plaintiff,

v.

CDCR, et al.,

    Defendants.

No. 2: 17-cv-1247 JAM KJN P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2020, plaintiff filed a motion for clarification. (ECF No. 64.) In this motion, plaintiff seeks information regarding whether he may ask defendant for a settlement conference without notifying the court. Plaintiff is informed that he may ask defendant for a settlement conference without notifying the court.

In the January 9, 2020 motion for clarification, plaintiff also seeks information regarding when he may request damages aside from any physical injury he can show. Proof of damages shall occur should this action proceed to trial.

On January 9, 2020 (incorrectly docketed as filed January 10, 2020), plaintiff filed a motion for a settlement conference. (ECF No. 63.) Plaintiff requests that the court arrange a settlement conference between plaintiff and defendant.

////

1

On May 23, 2019, a settlement conference in this action was held. This action did not settle. Unless both plaintiff and defendant consent, the undersigned finds that another settlement conference is not warranted at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for clarification (ECF No. 64) is deemed resolved;
2. Plaintiff's motion for a settlement conference (ECF No. 63) is denied.

Dated: February 5, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gom1247.cla