UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ, | No. 2: 17-cv-1247 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 10, 2020, plaintiff filed his pretrial statement.[1]

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendant shall file a pretrial statement.

Dated:  August 13, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gom1247.pts

---

[1] To the extent plaintiff's pretrial statement contains deficiencies, the undersigned will address these matters in the pretrial order.

1