UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 2: 17-cv-1247 JAM KJN P |

| | |
|---|---|
| EDWARD GOMEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACHARYA, et al.,<br><br>　　　　　Defendants | No. 2: 17-cv-2407 MCE CKD P<br><br><br><br>ORDER |

　　　IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defense counsel in both actions listed above (after consulting with plaintiff) shall separately notify the court in the instant action whether they believe a settlement conference involving both actions would be beneficial.

Dated:  September 21, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE